# REQUEST FOR COURT ACTION / DIRECTION

**08 CRIM 378**

| | | |
|---|---|---|
| TO: | James Molinelli<br>Clerk's Office-5th Floor | OFFENSE: Possession With Intent To Distyribute More Than 5 Grams of Cocaine In A School District, 21 USC 860 a Class B Felony. |
| | | ORIGINAL SENTENCE: Ninety (90) months imprisonment followed by a Five (5) year term of Supervised Release. |
| FROM: | Yvonne Rivera<br>U.S. Probation Officer | SPEC. CONDITIONS: $100 Special Assessment. |

RE:   GARCIA, David
        Docket #: 99-CR-00437-003

DATE OF SENTENCE:   May 11, 2000

DATE:   April 25, 2008

ATTACHMENTS:   PSI _X_   JUDGMENT _X_

REQUEST FOR:   COURT DIRECTION _X_



## Request for Acceptance of Jurisdiction

On May 11, 2000 the above-mentioned individual was sentenced as outlined above in the Eastern District of Pennsylvania, by the Honorable Ronald L. Buckwalter, U.S. District Judge.

On April 24, 2008, we received a letter from the Eastern District of Pennsylvania, advising that the Honorable Ronald L. Buckwalter, U.S. District Judge, signed the Transfer of Jurisdiction Probation Form 22 ordering Mr. Garcia's transfer to the Southern District of New York. At this time we are requesting that this case be assigned to the Judge in the Southern District of New York for acceptance of transfer of jurisdiction.

Enclosed are two (2) forms of the Transfer of Jurisdiction Probation Form 22. Upon completion, please return both original Forms 22 as they are required for both districts to complete the transfer.

Your assistance in this matter is greatly appreciated. Should you have any questions or concerns, please contact the undersigned officer.

                          Respectfully submitted,

                          Chris J. Stanton
                          Chief U.S. Probation Officer

By: _____
                          Yvonne Rivera
                          U.S. Probation Officer
                          212-805-5192

Approved By: _____    4/25/08
                Avriel G. George              Date:
                Supervising U.S. Probation Officer